## ROBERT M. SUNDBERG v. ENOS ASHLEY, ETC.

February 2, 1923.

No. 23,323.

**Recovery for fraud sustained.**

Action in the municipal court of Minneapolis to recover $274.50. The case was tried before Reed, J., who at the close of the testimony denied defendant's motion for a directed verdict and a jury which returned a verdict in favor of plaintiff. From an order denying his motion for judgment notwithstanding the verdict or for a new trial, defendant appealed. Affirmed.

*H. R. Hare,* for appellant.
*Neil Hughes,* for respondents.

PER CURIAM.

Action to rescind a contract on the ground of fraud and misrepresentation and to recover the money paid thereon by plaintiff. The complaint states a cause of action in fraud and rescission, and the evidence fully supports the verdict. By the instructions of the court the amount of plaintiff's recovery was limited to the money paid on the contract and the verdict was in harmony therewith. The record presents no reversible error.

Order affirmed.

[1]Reported in 191 N. W. 939.